IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DIRECTV, INC.,                          :

    Plaintiff,                      :
                                    Case No. 3:03cv00425
                             :
vs.                                         District Judge Walter Herbert Rice
                           :    Magistrate Judge Sharon L. Ovington
CHUCK DO,
                           :
    Defendant.
                          :

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON MAY 3, 2006 (Doc. #17); GRANTING PLAINTIFF'S MOTION FOR AWARD OF DAMAGES AND FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT CHUCK DO (Doc. #15); DIRECTING THE CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT IN THE AMOUNT OF $10,000.00 IN STATUTORY DAMAGES PLUS ATTORNEY FEES AND COSTS OF $4,104.94 EQUALING A JUDGMENT IN THE TOTAL AMOUNT OF $14,104.94; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

        The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #17), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on May 3, 2006 (Doc. #17) is ADOPTED in full;

2. Plaintiff's Motion For Award Of Damages And For Entry Of Final Judgment Against Defendant Chuck Do (Doc. #15) is GRANTED;

3. The Clerk of Court shall enter Judgment in favor of Plaintiff DIRECTV, Inc. and against Defendant Chuck Do in the amount of $10,000.00 in statutory damages plus attorney fees and costs of $4,104.94 equaling a Judgment in the total amount of $14,104.94; and

4. The case is terminated on the docket of this Court.

  Walter Herbert Rice
  United States District Judge

2